UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN ZIPPO,

                                  Plaintiff,        **SUGGESTION OF DEATH OF PLAINTIFF JOHN ZIPPO UPON THE RECORD UNDER RULE 25(A)(1)**

        -against-

CITY OF NEW YORK, CAPTAIN SMART, CAPTAIN,
DAVIS, CAPTAIN JEFFRIES, CAPTAIN MATHEUS,
CO WASHINGTON, CO VALDEZ, CO LEE,        23-CV-00865 (VSB)
CO TITTLE, CO VASQUEZ, and JOHN DOES 1-6,

                                Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Office of the Corporation Counsel of the City of New York affirms the truth of the following:

      On April 24, 2023, plaintiff John Zippo's counsel, Rob Rickner, represented to me that plaintiff, John Zippo, has passed away;

      **WHEREFORE,** the New York City Law Department, Office of the Corporation Counsel, suggests upon the record that plaintiff John Zippo is deceased; and

      **WHEREFORE**, the New York City Law Department, Office of the Corporation Counsel, hereby requests that any motion for substitution of a proper party be timely made within ninety (90) days of this date.

Dated: New York, New York
       April 24, 2023

                                      HON. SYLVIA O. HINDS-RADIX
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendant City of New York*

                              By:   *Thomas Lai s/*
                                        Thomas Lai
                                        Senior Counsel

                                                                                        Special Federal Litigation Division  
Office of the Corporation Counsel  
100 Church Street  
New York, New York 10007  
(212) 356-2336

To: **VIA ECF**  
Stephanie Panousieris  
*Attorney for Plaintiff*