UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LAUREN DENIKE as administrator of the    :
estate of JOHN ZIPPO,                    :
                                         :
                        Plaintiff,  :         23-CV-865 (VSB)
                                         :
          -against-                     :         **ORDER**
                                         :
CITY OF NEW YORK; CAPTAIN SMART;         :
CAPTAIN DAVIS; CAPTAIN JEFFRIES;         :
CAPTAIN MATHEUS; CO                      :
WASHINGTON; CO VALDEZ; CO LEE;           :
CO TITTLE; CO VASQUEZ; JOHN DOES         :
1–6,                                     :
                                         :
                       Defendants. :
                                         :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On July 25, 2023, I extended Defendant the City of New York's time to respond to the complaint to two weeks after the resolution of Plaintiff's motion to dismiss. (Doc. 18.) Plaintiff so moved, (Doc. 19), and I granted that motion on August 10, 2023, (Doc. 21). Accordingly, the City of New York's time to respond to respond to Plaintiff's complaint elapsed on August 24, 2023. The City of New York shall answer Plaintiff's complaint by September 5, 2023.

SO ORDERED.

Dated: August 29, 2023
       New York, New York

                                                           Vernon S. Broderick
                                                           United States District Judge