```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAUREN DENIKE,                                               :
As administrator of the Estate of John Zippo                 :
                                                             :    23-CV-0865 (VSB) (RWL)
                                                             :
                             Plaintiff,                      :
                                                             :
            - against -                                      :    ORDER
                                                             :
CITY OF NEW YORK, et al,                                     :
                                                             :
                             Defendants.                     :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed at the discovery conference held via Teams on February 5, 2024, the parties shall meet and confer on a revised discovery schedule and shall submit their proposal to the Court by February 9, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 5, 2024
       New York, New York

Copies transmitted this date to all counsel of record.