UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LAUREN DENIKE, *as administrator of the* :
*Estate of John Zippo*, :
:
                                      Plaintiff, : 23-CV-865 (VSB)
:
                 -against- : **ORDER**
:
CITY OF NEW YORK, *et al.*, :
:
                              Defendants. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In light of Judge Lehrburger's extension of the discovery deadlines, (Doc. 37), the parties are directed to submit an amended Case Management Plan and Scheduling Order by April 8, 2024, at which time I will set new dates for the Post-Discovery Letter and Conference.

SO ORDERED.

Dated: April 1, 2024
       New York, New York

                                                                 _____
                                                                 Vernon S. Broderick
                                                                 United States District Judge