UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                  :

LAUREN DENIKE, *as administrator of the*  :
*Estate of John Zippo*,                         :

                             Plaintiff,  :             23-CV-865 (VSB)

           -against-               :             **ORDER**

CITY OF NEW YORK, *et al.*,             :

                          Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    In light of Judge Lehrburger's order extending the fact-discovery deadline in this case, (Doc. 47), the post-discovery conference scheduled for June 26, 2024, (Doc. 41), is hereby adjourned. The parties are directed to file an amended Case Management Plan and Scheduling Order reflecting the new discovery deadlines by July 1, 2024.

SO ORDERED.

Dated: June 24, 2024
       New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge