# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

December 13, 2024

**Via ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024
```

    Re:    *DeNike v. City of New York et al.*, 23 cv 00865

Your Honor:

My office represents Plaintiff Lauren DeNike in the above-captioned matter and writes to respectfully request a 90 day stay of all proceedings in this case while the parties work to finalize settlement and have it approved by the Suffolk County Surrogate's Court. Counsel for Defendants, ACC Alexandra Corsi, consents to this request.

As Your Honor is aware, the parties reached a settlement in principle on December 9, 2024. Ms. DeNike, as the Administrator of her late husband's estate, must now have the settlement reviewed and approved by the Suffolk County Surrogate's Court. While our office has already started this process, it will likely take several weeks, if not months, for the process to play out. In order to preserve Plaintiff's rights should any issues arise with the Surrogate's Court, we respectfully request a 90 day stay of all proceedings before the federal action is dismissed with prejudice.

We thank the Court for its time and consideration.

Respectfully Submitted,

*/s/ Stephanie Panousieris*

Stephanie Panousieris

Granted. The case is stayed until March 17, 2025.

SO ORDERED:

12/13/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE