# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

March 17, 2025

**Via ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted. The stay is extended to June 17, 2025.

SO ORDERED:

03/18/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *DeNike v. City of New York et al.*, 23 cv 00865

Your Honor:

My office represents Plaintiff Lauren DeNike in the above-captioned matter and writes to respectfully request a 90-day extension of the current stay of all proceedings in this matter to allow additional time for the Suffolk County Surrogate's Court process to be completed.

While the parties reached a settlement in principle on December 9, 2024, the terms of settlement must be approved by the Suffolk County Surrogate's Court before it can be finalized. Since the Court entered a stay at the parties' request in December (Doc. 82), we have requested and received all necessary documentation to complete the Surrogate's Court process, and have sent everything to our estates counsel. We are now awaiting a final compromise from the Surrogate's Court, and are hopeful that the process will resolve within 90 days.

For these reasons, Plaintiff respectfully requests a 90-day extension of the current stay, from March 17, 2025 to June 17, 2025, before the federal action is dismissed with prejudice. Should the compromise be entered by the state court earlier, we will promptly update this Court.

We thank the Court for its time and consideration.

Respectfully,

Stephanie Panousieris