# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

June 17, 2025

**Via ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted. The current stay is extended to September 17, 2025.

SO ORDERED:

6/17/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *DeNike v. City of New York et al.*, 23 cv 00865

Your Honor:

My office represents Plaintiff Lauren DeNike in the above-captioned matter and writes to respectfully request an additional 90-day extension of the current stay of all while we await a final settlement compromise order from the Suffolk County Surrogate's Court.

This Court granted a stay of these proceedings on December 13, 2024 (Doc. 82), and extended that stay on March 18, 2025 (Doc. 84), to allow time for the surrogate's court process to play out. While all required documents have been filed with the state court, we have not yet received a final compromise order. We are informed by our estates counsel that an order is anticipated within the next 60 days. However, in an abundance of caution, we are requesting a 90 day extension.

For these reasons, Plaintiff respectfully requests an additional 90-day extension of the current stay, from June 17, 2025 to September 17, 2025, before the federal action is dismissed with prejudice. Should the compromise be entered by the state court earlier, we will promptly update this Court.

We thank the Court for its time and consideration.

Respectfully,

Stephanie Panousieris