# Rickner | Moskovitz

Stephanie Panousieris, Associate | (212) 300-6506 | stephanie@rmcivilrights.com

September 15, 2025

> Granted. The stay is extended to November 17, 2025.
>
> SO ORDERED:
>
> 9/15/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *DeNike v. City of New York et al.*, 23 cv 00865

Your Honor:

My office represents Plaintiff Lauren DeNike in the above-captioned matter, and writes to respectfully request an additional 60-day extension of the current stay of all while we await a final settlement compromise order from the Suffolk County Surrogate's Court.

This Court granted a stay of these proceedings on December 13, 2024 (Doc. 82), and extended that stay on March 18, 2025 (Doc. 84) and June 16, 2025 (Doc. 86), to allow time for the surrogate's court process to play out. Unfortunately, as of the date of this letter, we are still awaiting a final order from the state court. We are informed by our estate's counsel that, just last week, the state court asked for a minor amendment to the filing, which was promptly filed. It is our understanding that the surrogate court clerk is in the process of finalizing and submitting the decree to the judge for signature.

For these reasons, Plaintiff respectfully requests an additional 60-day extension of the current stay, from September 17, 2025 to November 17, 2025, before the federal action is dismissed with prejudice. Should the compromise be entered by the state court earlier, we will promptly update this Court.

We thank the Court for its time and consideration.

Respectfully,

Stephanie Panousieris
*Associate*