# Rickner | Moskovitz

Stephanie Panousieris, Associate  |  (212) 300-6506  |  stephanie@rmcivilrights.com

SO ORDERED:

1/16/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

January 16, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *DeNike v. City of New York et al.*, 23 cv 00865

Your Honor:

My office represents Plaintiff Lauren DeNike in the above-captioned matter, and writes to respectfully request an additional 45-day extension of the current stay of all while we await a final settlement compromise order from the Suffolk County Surrogate's Court.

This Court granted a stay of these proceedings on December 13, 2024 (Doc. 82), and extended that stay on March 18, 2025 (Doc. 84), June 16, 2025 (Doc. 86), August 15, 2025 (Doc. 89), and November 18, 2025 (Doc. 91) to allow time for the surrogate's court process to play out.

After consultation with our estate's counsel, we are advised that the surrogate court's citation return date of December 16, 2025 came and went without objection from any interested parties. The clerk of the court further advised that the county law department has 60 days from December 16, 2025 to review the proposed compromise order before it is signed. We expect that the final compromise order will be finalized and executed shortly after those 60 days have passed.

For these reasons, Plaintiff respectfully requests an additional 45-day extension of the current stay, from January 16, 2026 to March 2, 2026, before the federal action is dismissed with prejudice. Should the compromise be entered by the state court earlier, we will promptly update this Court.

We thank the Court for its time and consideration.

Respectfully,

Stephanie Panousieris
*Associate*