

Stephanie Panousieris, Associate    |    (212) 300-6506    |    stephanie@rmcivilrights.com

Granted.

SO ORDERED:

3/2/2026 _____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

March 2, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *DeNike v. City of New York et al.*, 23 cv 00865

Your Honor:

My office represents Plaintiff Lauren DeNike in the above-captioned matter, and writes to respectfully request an additional 30-day extension of the current stay while we await a final settlement compromise order from the Suffolk County Surrogate's Court.

This Court granted a stay of these proceedings on December 13, 2024 (Doc. 82), and extended that stay on March 18, 2025 (Doc. 84), June 16, 2025 (Doc. 86), August 15, 2025 (Doc. 89), November 18, 2025 (Doc. 91), and January 16, 2026 (Doc. 93) to allow time for the surrogate's court process to play out.

As of today, we are advised by our estate's counsel that the surrogate court clerk expects the order to be entered "within the week." Given the prior delays in the state court, we respectfully request an additional 30-day extension of the current stay before the federal action is dismissed with prejudice. However, if, as we expect, the compromise is entered before the stay expires, we will promptly update this Court.

Plaintiff respectfully requests an additional 30-day extension of the current stay, from March 2, 2026 to April 2, 2026, before the federal action is dismissed with prejudice.

We thank the Court for its time and consideration.

Respectfully,

Stephanie Panousieris
*Associate*