# Rickner | Moskovitz

Stephanie Panousieris, Associate | (212) 300-6506 | stephanie@rmcivilrights.com

April 2, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted.

SO ORDERED:

4/3/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *DeNike v. City of New York et al.*, 23 cv 00865

Your Honor:

My office represents Plaintiff Lauren DeNike in the above-captioned matter, and writes to respectfully request an additional 45-day extension of the current stay while we await a final settlement compromise order from the Suffolk County Surrogate's Court.

This Court granted a stay of these proceedings on December 13, 2024 (Doc. 82), and extended that stay on March 18, 2025 (Doc. 84), June 16, 2025 (Doc. 86), August 15, 2025 (Doc. 89), November 18, 2025 (Doc. 91), January 16, 2026 (Doc. 93), and March 2, 2026 (Doc 95) to allow time for the surrogate's court process to play out.

Since this Court granted Plaintiff's last application to extend the current stay in early March, the Surrogate's Court issued a final order. However, the language contained in that order was inconsistent with the proposed order submitted by our estate's counsel, directly contradicts the powers set forth in the original letters of administration, and is inconsistent with the prior orders approving the settlement. While the current order technically authorizes the settlement in this federal action, given the amount of the settlement and the fact that our client is not the only beneficiary of the estate, neither our office nor our estate's counsel is comfortable moving forward without a final order that correctly tracks the letters of administration. For this reason, we are asking the Surrogate's Court to issue a new order that tracks the letters of administration and the prior Surrogate's Court orders. We certainly hope this issue will be fixed quickly.

Plaintiff therefore respectfully requests an additional 45-day extension of the current stay, from April 2, 2026 to May 18, 2026, before the federal action is dismissed with prejudice. Should we receive the corrected order sooner, we will promptly update this Court.

We thank the Court for its time and consideration.

Respectfully,

Stephanie Panousieris
*Associate*