# Rickner | Moskovitz

Stephanie Panousieris, Associate | (212) 300-6506 | stephanie@rmcivilrights.com

May 28, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted.

SO ORDERED:

5/28/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *DeNike v. City of New York et al.*, 23 cv 00865

Your Honor:

My office represents Plaintiff Lauren DeNike in the above-captioned matter, and writes to respectfully request an additional 60-day extension of the current stay while we await a final settlement compromise order from the Suffolk County Surrogate's Court.

This Court granted a stay of these proceedings on December 13, 2024 (Doc. 82), and extended that stay on March 18, 2025 (Doc. 84), June 16, 2025 (Doc. 86), August 15, 2025 (Doc. 89), November 18, 2025 (Doc. 91), January 16, 2026 (Doc. 93), March 2, 2026 (Doc. 95) and April 2, 2026 (Doc. 97) to allow time for the surrogate's court process to play out. The most recent stay ended on May 18, 2026. Undersigned counsel apologizes to the Court for this belated update, and respectfully requests that the stay be extended *nunc pro tunc*, from May 18 to July 18, 2026.

As Your Honor may recall, the state surrogate's court issued a final order in February. However, the language contained in that order was inconsistent with the proposed order submitted by our estate's counsel, contradicted the powers set forth in the original letters of administration, and was inconsistent with the prior orders approving the settlement. While our estates counsel has been working diligently to rectify these issues with the surrogate's court, the process is taking significantly longer than expected, and a corrected order has not yet been issued.

Plaintiff therefore respectfully requests an additional 60-day extension of the current stay, *nunc pro tunc*, from May 18 to July 18, 2026, before the federal action is dismissed with prejudice. Should we receive the corrected order sooner, we will promptly update this Court.

We thank the Court for its time and consideration, and for its continued patience as we work to finalize the settlement in this matter.

Respectfully,

Stephanie Panousieris
*Associate*