# Rickner | Moskovitz

Stephanie Panousieris, Associate | (212) 300-6506 | stephanie@rmcivilrights.com

July 20, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

7/20/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *DeNike v. City of New York et al.*, 23 cv 00865

Your Honor:

My office represents Plaintiff Lauren DeNike in the above-captioned matter and writes to update the Court on issues we are having obtaining the final decree from the state surrogate's court, and to respectfully request an additional 60-day extension of the current stay to continue our efforts to obtain an accurate decree to finalize the settlement in this case.

We regret to report that there has been little progress in obtaining a corrected decree from the state surrogate's court since our last status report and request for an extension of the current stay in May. As reported in Plaintiff's April 2, 2026 (Doc. 96) and May 28, 2026 (Doc. 99) letters, the "final" decree issued by the surrogate court in March 2026 did not match the language of the original letters of administration or the proposed decree submitted by our estate's counsel. For this reason, estate's counsel has been following up with the state court at least every two weeks and, at this point, has spoken to every clerk in the courthouse about obtaining a corrected decree. Despite these repeated efforts and re-explanations of what is still needed to finalize this federal settlement under state surrogate's law, it appears that there is—or was—significant confusion within the surrogate court's legal department about the necessity of a corrected decree. While this prolonged delay is very frustrating for both Plaintiff and her counsel, there is little we can do to compel the state court to act promptly beyond that which our estate's counsel is already doing on a regular basis.

Plaintiff therefore respectfully requests an additional 60-day extension of the current stay, from July 18 to September 18, 2026, before the federal action is dismissed with prejudice. Should we receive the corrected order sooner, we will promptly update this Court.

We thank the Court for its time and consideration, and for its continued patience as we work to finalize the settlement in this matter.

Respectfully,

Stephanie Panousieris
*Associate*